IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ERIC DAVIS | § | |
| VS. | § | CIVIL ACTION NO.  9:14-CV-2 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Eric Davis, a prisoner confined at the Connally Unit of the Texas Department of

Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of

habeas corpus pursuant to 28 U.S.C. § 2254.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States

Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of

this court.  The Magistrate Judge recommends granting petitioner's motion to stay and hold the case

in abeyance.

The court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record and the pleadings.   No

objections to the Report and Recommendation of United States Magistrate Judge were filed by the

parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct,

and the report of the Magistrate Judge is **ADOPTED**.  Petitioner's motion to stay and hold the case

in abeyance is **GRANTED** and the petition is **ADMINISTRATIVELY CLOSED** until such time

as petitioner notifies the court that he has exhausted his claims in state court.

So **ORDERED** and **SIGNED** this **3**  day of **May, 2014.**

_____
Ron Clark, United States District Judge